UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO.: 1:11cr50-03 (RWR) |
| v. | ) |
| | ) VIOLATIONS: |
| FELIPE MARTINEZ-GONZALEZ, | ) |
| a/k/a "Felo," | ) 46 U.S.C. §§ 70503(a)(1) & 70506(b) |
| | ) (Conspiracy to Distribute and Possess With |
| Defendant. | ) Intent to Distribute Cocaine On Board a |
| | ) Vessel Subject to the Jurisdiction of the |
| | ) United States) |
| | ) |
| | ) 46 U.S.C. § 70507 |
| | ) (Forfeiture) |

## SUPERSEDING INFORMATION

The United States charges that:

From in or about May 2008 and continuing thereafter up to and including February 23, 2011, within the countries of Colombia and elsewhere, the Defendant, FELIPE MARTINEZ-GONZALEZ, a/k/a "Felo," did unlawfully, knowingly, wilfully, and intentionally combine, conspire, confederate and agree with other conspirators both known and unknown to commit the following offense against the United States, to wit: to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b) and Title 21, United States Code, Section 960(b)(3).

**(Conspiracy to Distribute and Possess With Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b))**

## FORFEITURE ALLEGATION

The allegations of this Superseding Information are re-alleged and incorporated by reference as if fully set forth herein.

Upon conviction of the violation alleged in this Superseding Information, the Defendant, FELIPE MARTINEZ-GONZALEZ, a/k/a "Felo," shall forfeit to the United States, all property used or intended for use to commit or to facilitate the commission of the violation, all pursuant to Title 46, United States Code, Section 70507 and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461.

**(Criminal Forfeiture, in violation of Title 46, United States Code, Section 70507)**

_____
ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

_____
Meredith A. Mills
Trial Attorney (DC Bar # 457843)
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N. Street, NE (East Wing, Second Floor)
Washington, DC 20530
Telephone: (202) 305-8506
Facsimile: (202) 514-0483
Meredith.Mills@usdoj.gov