UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) Crim. No.: 11- 050-003 (RWR) ) |
| FELIPE MARTINEZ-GONZALEZ | ) ) ) ) |

**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE**
**SUPPLEMENTAL SENTENCING EXHIBITS**

Defendant, Felipe Martinez-Gonzalez, through undersigned counsel, respectfully moves the Court to grant his Motion for Leave to Late File Supplemental Sentencing Exhibits.

In support of the Motion undersigned counsel states:

1.  Mr. Martinez-Gonzalez is scheduled to appear before the Court on Wednesday, November 13, 2013 for his Sentencing Hearing. On May 17, 2013, Mr. Martinez-Gonzalez entered a guilty plea to a one-count superceding criminal information charging him with Conspiracy to Distribute and Possess With Intent to Distribute Cocaine on Board a Vessel Subject to Jurisdiction of the United States in violation of 46 U.S.C. §§ 70503(a)(1) and 70506(b) and 21 U.S.C. § 960(b)(3).

2.  Previously, the Court scheduled the Sentencing Hearing for October 31, 2013. Undersigned counsel moved to continue the sentencing hearing because he had recently replaced prior counsel, Ms. Lara Quint, who resigned from the Office of the Federal Public Defender. Undersigned counsel moved to continue the sentencing hearing in order meet with Mr. Martinez-Gonzalez and to file certificates and/or diplomas recognizing his participation in various

educational programs at the District of Columbia jail. Undersigned counsel finally located the latter documents along with letters of support that were sent via email to prior counsel.

3. The letters speak favorably of Mr. Martinez-Gonzalez's character in Colombia and the certificates acknowledge his accomplishments while he has been incarcerated in the District of Columbia Central Detention Facility[1].

4. Undersigned counsel apologizes to the Court and Government for any inconvenience caused by the late filing of Mr. Martinez-Gonzalez's Supplemental Sentencing Exhibits. Government Counsel, Ms. Mills informed undersigned counsel that she does not object to his Motion for Leave to Late File his Supplemental Sentencing Exhibits.

WHEREFORE, undersigned counsel respectfully moves the Court to grant his Motion for Leave to Late file Mr. Martinez-Gonzalez's Supplemental Sentencing Exhibits.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

---

[1] The exhibits will be marked 1 through 10. The letters of support are written in the Spanish Language and are attached in the original. The letters were translated by Ms. Montserrat Fernandez who is an Administrative Assistant and Interpreter with the Office of the Federal Public Defender for the District of Columbia.