UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HIPOLITO MARTINEZ-GONZALEZ, | ) | CRIMINAL CASE: 1:11cr50-01 (RWR) |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT ON THE PARTIES' AVAILABILITY FOR SENTENCING AND MOTION TO ADJOURN SENTENCING AND ORDER STATUS REPORT**

COMES NOW the United States by and through undersigned counsel, and jointly with counsel for Defendant Hipolito Martinez-Gonzalez, and pursuant to this Court's Order issued June 6, 2014 (Docket Entry 147), respectfully advises this Honorable Court that the Defendant's cooperation remains ongoing and additional assistance is planned in the coming weeks and month(s).

Accordingly, the parties respectfully request the continuance in the scheduling of a sentencing hearing and sentencing memoranda due date(s).  The parties further propose that a Joint Status Report be filed by no later than July 30, 2014, advising the Court whether the parties are ready for sentencing and, if so, providing dates the parties are available.

Counsel for the Defendant joins in the request, and agrees to the Government's filing this motion on behalf of the parties.

//

//

//

//

//

WHEREFORE, the parties jointly request that the scheduling of any sentencing hearing and the filing of the sentencing memoranda be adjourned at this time in light of the Defendant's ongoing cooperation and that a Joint Status Report be ordered.

Respectfully submitted this 30th day of June 2014, on behalf of the parties.

                    ARTHUR G. WYATT
                    Chief
                    Narcotic and Dangerous Drug Section
                    Criminal Division
                    U.S. Department of Justice

By:      /s/    Meredith A. Mills
                    Meredith A. Mills
                    Trial Attorney (DC Bar #457843)
                    Narcotic and Dangerous Drug Section
                    Criminal Division
                    U.S. Department of Justice
                    145 N Street, NE
                    Washington, D.C. 20530
                    Tel: 202-305-8506 / Fax: (202) 514-0483
                    E-mail: Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of June 2014, I filed the foregoing JOINT STATUS REPORT ON THE PARTIES' AVAILABILITY FOR SENTENCING AND MOTION TO ADJOURN SENTENCING AND ORDER STATUS REPORT on behalf of the parties with the Clerk of the Court via ECF / CM.  A copy will be served on the following via the Notice of Electronic Filing (NEF) system:

<u>Counsel for Hipolito Martinez-Gonzalez</u>
Irwin G. Lichter, Esq.
Law Offices of Irwin G. Lichter, P.A.
321 N.E. 26th Street
Miami, FL 33137
Tel: 305-573-0551 / Fax: 305-573-6251 / eldoctor321@aol.com


                                                <u>/s/  Meredith A. Mills</u>
                                                Meredith A. Mills (D.C. Bar # 457843)
                                                Trial Attorney
                                                Narcotic and Dangerous Drug Section
                                                Criminal Division / U.S. Department of Justice
                                                145 N Street, NE
                                                Washington, D.C. 20530
                                                Tel: 202-305-8506 / Fax: 202-514-0483
                                                Meredith.Mills@usdoj.gov